AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 8:45 am, Jun 13, 2025

| | |
|---|---|
| United States of America<br>v.<br>Michelle Shropshire<br><br>*Defendant* | Case: 1:25-cr-00174<br>Assigned To: Contreras, Rudolph<br>Assign Date: 6/12/2025<br>Description: INDICTMENT (B)<br>Related Case No: 24-cr-383 (RC) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michelle Shropshire,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Mail Fraud, Wire Fraud, and Health Care Fraud)
18 U.S.C. §§ 1347, 2 (Health Care Fraud and Aiding and Abetting)
18 U.S.C. §§ 1343, 2 (Wire Fraud and Aiding and Abetting)
18 U.S.C. §§ 1341, 2 (Mail Fraud and Aiding and Abetting)
18 U.S.C. §§ 1028A, 2 (Aggravated Identity Theft and Aiding and Abetting)

Date: 06/12/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/12/2025, and the person was arrested on *(date)* 06/13/2025
at *(city and state)* Waldorf, MD.

Date: 06/13/2025

*Arresting officer's signature*

Christian Barringer, Special Agent
*Printed name and title*